IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:18CR345 |
| vs. | ) | |
| DAVID CAMPBELL, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on the defendant's Unopposed Motion to Continue Trial [40].  Based on the reasons set forth in the motion, the court finds good cause has been shown and the motion should be granted.  Accordingly,
,

**IT IS ORDERED** that the defendant's Unopposed Motion to Continue Trial [40] is granted, as follows:

1. The jury trial, now set September 29, 2020, is continued to **November 3, 2020.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and November 3, 2020**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED:  September 29, 2020.**

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**