IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     vs.<br><br>DAVID CAMPBELL,<br><br>              Defendant. | **8:18CR345**<br><br><br>**ORDER** |

This matter is before the Court on the Defendant's Letter, Filing No. 59. After careful review, the Court finds that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska, and that such counsel should be appointed to assist him in filing a motion for compassionate release. Accordingly,

IT IS ORDERED:

1.    The Federal Public Defender for the District of Nebraska is hereby appointed to represent the above-named defendant in filing a motion for compassionate release and shall file an appearance in this matter.

2.    IT IS FURTHER ORDERED that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska.

Dated this 26th day of February, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

1